UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN J. DELO,<br><br>        Plaintiff,<br><br>  -against-<br><br>JPMORGAN CHASE & CO., *et al.*,<br><br>        Defendants. | 20-CV-10039 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued February 11, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  February 11, 2021
    New York, New York

                            COLLEEN McMAHON
                            Chief United States District Judge