UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN DELO,

                 Plaintiff,

-against-

JPMORGAN CHASE & CO., *et al.*,

                 Defendants.

20-CV-10039 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

    By order dated February 11, 2021, the Court dismissed this action because Plaintiff had failed to submit an application to proceed *in forma pauperis* (IFP) or pay the filing fee. (ECF 4.) On February 26, 2021, Plaintiff filed a motion for reconsideration, asking the Court to reopen the action because he had filed an IFP application, but the application had not been entered on to the docket until after the Court dismissed the action.

    Accordingly, the Court grants Plaintiff's motion for reconsideration (ECF 7), directs the Clerk of Court to vacate its order of dismissal and civil judgment (ECF 5-6), and directs the Clerk of Court to reopen this action. A ruling on the IFP application will issue after the case is reopened.

    Plaintiff has consented to electronic service. (ECF No. 2.)

SO ORDERED.

Dated:   March 26, 2021
            New York, New York

                                              COLLEEN McMAHON
                                              Chief United States District Judge