```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
BENJAMIN J. DELO,                                     :
                                                      :
                              Plaintiff,              :
                                                      :        20-CV-10039 (VSB)
             -against-                                :
                                                      :              **ORDER**
JPMORGAN CHASE & CO., et al.,                         :
                                                      :
                              Defendants.             :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

On June 16, 2021, pro se Plaintiff filed file a letter objecting to referral to the Court's Mediation Program. (Doc. 18.) Accordingly, it is hereby:

ORDERED that the Defendants shall file any response to Plaintiff's objections on or before June 25, 2021.

For further understanding of the Mediation Program, Plaintiff is advised that: 1) all pro se employment discrimination matters are automatically referred to mediation; 2) counsel would be appointed to represent Plaintiff during the mediation; 3) the mediation procedures provide that "[i]f the parties require discovery or information for the purpose of mediation, the parties must confer to establish a short reasonable timeline for the completion of limited discovery;" 4) those same procedures provide that "[a]ny party may request removal from mediation by submitting such a request in writing to the presiding judge;" and 5) "[n]either party is required to sign an agreement, and the mediator or magistrate judge does not impose a settlement" should the parties fail to reach a settlement during mediation.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

SO ORDERED.

Dated: June 21, 2021
New York, New York

_____
Vernon S. Broderick
United States District Judge